Judge Buchwald

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

    -v-                           :   **INDICTMENT**

CALEB ENRIQUE GARCIA-ROSARIO,     :   07 Cr.
    a/k/a "Coco,"
                              :

        Defendant.            :           **07 CRIM 296**

- - - - - - - - - - - - - - - -x

### COUNT ONE

The Grand Jury charges:

1. From at least in or about January 2004, through in or about November 2006, CALEB ENRIQUE GARCIA-ROSARIO, a/k/a "Coco," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that CALEB ENRIQUE GARCIA-ROSARIO, a/k/a "Coco," the defendant, and others known and unknown, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

<u>Overt Acts</u>

3. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. On or about December 29, 2005, CALEB ENRIQUE GARCIA-ROSARIO, a/k/a "Coco," the defendant, had a telephone conversation about narcotics with a co-conspirator not named as a defendant herein.

    b. In or about December 2005, a co-conspirator not named as a defendant herein picked up approximately seven kilograms of cocaine in the Bronx, New York.

(Title 21, United States Code, Section 846.)


_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

CALEB ENRIQUE GARCIA-ROSARIO,
a/k/a "Coco,"

Defendant.

---

**INDICTMENT**

07 CR ____

(Title 21, United States Code, Section 846)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

---

April 13, 2007
Filed Indictment
Case assigned to Judge Buchwald
Freeman, USMJ