U.S. Department of Justice

United States Attorney
Southern District of New York

MEMO ENDORSED

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 20, 2007

**By Facsimile**
The Honorable Naomi Reice Buchwald
United States District Court
500 Pearl Street
New York, New York 10007
Fax: (212) 805-7927

Re:   United States v. Caleb Enrique Garcia-Rosario
      07 Cr. 296 (NRB)

Dear Judge Buchwald:

Following up on a conversation with your Deputy, this letter is respectfully submitted to request (on behalf of the Government and the defense) that the pretrial conference scheduled for Thursday, June 21, 2007, be adjourned to July 23, 2007, at 4:00 p.m. In addition, the Government respectfully requests that time be excluded for purposes of the Speedy Trial Act from June 21, 2007 to July 23, 2007. The Government makes this request, with defense counsel's consent, in order to allow the defense time to review the rather voluminous discovery produced by the Government, and to allow the parties to continue exploring possible resolution of this matter without trial.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Eugene Ingoglia
Assistant U.S. Attorney
(212) 637-1113

cc:   Kenneth Ramseur, Esq. (by facsimile: 212 385-2742)

*So Ordered* [handwritten endorsement] 6/21/07