UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA

v. **NOTICE OF APPEARANCE**

07 Cr. 296 (NRB)
CALEB ENRIQUE GARCIA-ROSARIO,

Defendant.

----------------------------------------------------------------X

SIRS:

**YOU ARE HEREBY** notified that I appear for CALEB ENRIQUE GARCIA-ROSARIO, the

defendant in the above entitled action. I, the undersigned have been retained as Attorney for said

Defendant.

Dated: New York, New York
 July 9, 2007

Yours, etc.

_____/s/_____
 KENNETH E. RAMSEUR, ESQ.
 Attorney for Defendant
 Office & P.O. Address
 299 Broadway - Suite 704
 New York, New York 10007
 (212) 964-1070 (Office)
 (212) 385-2742 (Fax)


TO: CLERK OF THE COURT
 UNITED STATES DISTRICT COURT
 SOUTHERN DISTRICT OF NEW YORK


See what's free at AOL.com